# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D22-2066

———————————————

KALVIN WAYNE ROE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

September 28, 2022

PER CURIAM.

The Court dismisses this appeal as unauthorized. *See Logan v. State*, 846 So. 2d 472 (Fla. 2003).

RAY, MAKAR, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kalvin Wayne Roe, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.